# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR102** |
| vs. | ) | |
| | ) | **ORDER** |
| **ROGELIO FUERTES-BOLANOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion [20] of Assistant Federal Public Defender Jeffrey L. Thomas for leave to withdraw as counsel for the defendant, Rogelio Fuertes-Bolanos. Since retained counsel, Bassel F. El-Kasaby, has entered an appearance for the defendant [19],

**IT IS ORDERED:**

1. The motion to withdraw [20] is granted, and the appearance of Jeffrey L. Thomas as counsel for Rogelio Fuertes-Bolanos is deemed withdrawn.

2. Jeffrey L. Thomas shall forthwith provide Bassel F. El-Kasaby with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to the defendant's defense.

3. The order [18] setting this case for trial on **June 4, 2007** before Chief Judge Joseph F. Bataillon remains in effect.

**DATED May 7, 2007.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**